AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MIRANDA DELEE FARLEIGH<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) Case No. 5:22-mj-1001-PRL<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 23, 2021__ in the county of __Lake, Sumter and Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1709 | Theft of mail matter by a postal service employee. |

This criminal complaint is based on these facts:

See attached Complaint.

☑ Continued on the attached sheet.

_Complainant's signature_

David Keith, US Postal Inspector
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/4/22

_Judge's signature_

City and state: Ocala, Florida

Philip R. Lammens, U.S. Magistrate Judge
_Printed name and title_

STATE OF FLORIDA                          MDFL CASE NO. 5:22-mj-1001-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David Keith, being duly sworn, state the following:

### INTRODUCTION

1. I am a United States ("U.S.") Postal Inspector and have been employed by the U.S. Postal Inspection Service since June 2003. I am currently assigned to the Miscellaneous Team in Orlando, Florida. Prior to June 2003, I served as a Special Agent with the Florida Department of Law Enforcement in Miami, Florida, from 2001 to 2003. I also served as a police officer with the City of Tallahassee Police Department in Tallahassee, Florida from 1996 to 2001. I have received specialized training in numerous postal crimes, but primarily those involving mail theft and identity fraud related offenses. I have attended training in the areas of mail fraud, mail theft, and various types of identity takeover schemes, and I have investigated numerous cases involving these types of offenses. I am authorized to obtain and execute federal arrest and search warrants.

2. The information set forth in this affidavit is based on my investigation and information supplied to me by other agent and law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of an arrest warrant, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are

necessary to establish probable cause that a violation of federal law has been committed.

3. I am currently conducting an investigation involving the defendant, MIRANDA DELEE FARLEIGH (MIRANDA FARLEIGH), a former contract employee of the United States Postal Service (USPS). During the course of this investigation, the Postal Inspection Service determined that probable cause exists to believe that MIRANDA FARLEIGH has committed the offense of Theft of U.S. Mail by an Officer or Employee, in violation of 18 U.S.C. § 1709.

## PROBABLE CAUSE

4. The Postal Service uses contractors (like MIRANDA FARLEIGH) to conduct the delivery of U.S. Mail for the Lady Lake Post Office. This facility is in Lake County, within the Middle District of Florida. Among other areas, the Lady Lake Post Office delivers mail to The Villages, Florida.

5. The USPS Handbook SP-1 defines a "Contract Delivery Service" (CDS) route as "a contract agreement between the Postal Service and a private individual or firm for the delivery of and collection of mail from homes and businesses. The services provided by the CDS carrier are similar to those provided by postal rural letter carriers, including delivery of mail and the sale of postal services." There is a mailroom in each community in The Villages which is referred to as a "Postal Station."

6. At all times relevant to this criminal complaint, another individual, M.F. was a Contract Delivery Supplier, as contemplated above. M.F. had a contract

with the Lady Lake Post Office to deliver mail to 16 routes in and around The Villages. The defendant, MIRANDA FARLEIGH, is the daughter of M.F.

7. Under M.F.'s contract, MIRANDA FARLEIGH was employed as a contract mail carrier to deliver U.S. Mail for Lady Lake Post Office. In November 2021, she had been employed through the USPS as a contact mail carrier for approximately six years. MIRANDA FARLEIGH's route included mail delivery services to Postal Stations in The Villages. As part of her duties, MIRANDA FARLEIGH had a postal key to access these locations.

8. On or about Tuesday, November 23, 2021, I received information from Lady Lake Postmaster, D.B. ("the Postmaster"), concerning the conduct of MIRANDA FARLEIGH. The Postmaster advised me that her facility had a contract with M.F. to deliver mail. M.F. recently had contacted the Postmaster and requested a meeting. During that meeting at the Lady Lake Post Office, M.F. provided the Postmaster with several tubs and bags of U.S Mail that had been rifled (unlawfully opened). M.F. explained that she had found this rifled mail in MIRANDA FARLEIGH's bedroom.

9. After finding the tubs of rifled mail, M.F. and her husband, J.F. (also a contractor), went to the mailroom of the Villages of Alhambra residential community, located in Sumter County, Florida, and located MIRANDA FARLEIGH. MIRANDA FARLEIGH had been tasked that day with delivering mail to this community. Once there, the parents spoke with MIRANDA FARLEIGH about finding the rifled mail in her bedroom. The parents also searched

MIRANDA FARLEIGH's vehicle and discovered additional rifled mail. Thereafter, M.F. relieved MIRANDA FARLEIGH of her postal duties and secured the recovered mail. The parents then finished MIRANDA FARLEIGH's delivery route and returned the rifled mail to the Lady Lake Post Office.

10. On or about November 24, 2021, I traveled to the Lady Lake Post Office and interviewed the Postmaster and M.F. M.F. identified the rifled mail for me and explained that it had been discovered in the bedroom and vehicle belonging to her daughter, MIRANDA FARLEIGH. Furthermore, M.F. stated that MIRANDA FARLEIGH had admitted that she had been opening outgoing mail with the intent to steal money. M.F. also advised that she and her husband had conducted a thorough search of the MIRANDA FARLEIGH's bedroom the previous night and had discovered additional rifled mail in the bedroom. M.F. had brought this additional stolen mail to the Lady Lake Post Office prior to my arrival.

11. On or about November 26, 2021, the recovered U.S. Mail was examined at the Orlando Domicile. Approximately 4,000 mail pieces were rifled. Nearly all of the rifled envelopes consisted of outgoing mail that appeared to hold a holiday and/or greeting card.

12. On or about November 28, 2021, I interviewed MIRANDA FARLEIGH by telephone. The interview had been arranged through MIRANDA FARLEIGH's parents. After identifying myself and explaining the reason for the call, MIRANDA FARLEIGH admitted to me that she had been rifling mail containing greeting cards in order to steal currency and/or gift cards. MIRANDA

4

FARLEIGH confessed that while she had been working in the official capacity as a mail carrier, she had targeted the outgoing mail that was dropped off by residents in The Villages. She advised she also had driven to nearby postal station mail rooms that were not on her route, entered the mail rooms, and stolen the outgoing mail. MIRANDA FARLEIGH explained that she had an addiction to heroin and that the addiction had caused her criminal behavior. MIRANDA FARLEIGH admitted to stealing and rifling mail in Lake and Sumter Counties for approximately one month, beginning in approximately October 2021. She added that she was responsible for all the stolen mail located in her bedroom and in her vehicle. Following the interview, I began to make contact with a representative sample of the victims of this postal theft. None of the victims knew MIRANDA FARLEIGH or had given her permission to open their outgoing mail.

13. On or about December 4, 2021, I spoke with victim R.C. R.C. resides in The Villages. In the rifled mail, I had discovered ten pieces of outgoing mail containing holiday cards which bore the return address of R.C. These pieces of mail had been recovered in MIRANDA FARLEIGH's bedroom. R.C. told me that ten holiday cards had been mailed a week prior to the Thanksgiving holiday at the mail receptacle located in the Village of Lynnhaven.

14. On or about December 4, 2021, I spoke with victim M.R. M.R. resides in Lady Lake, Florida. I had discovered five pieces of rifled mail containing sympathy and birthday cards which bore the return address of M.R. These pieces of mail had also been located in the bedroom of MIRANDA FARLEIGH. M.R.

5

confirmed that the recovered mail pieces had been mailed out of the Mission Hills Postal Station in The Villages.

15. On or about December 4, 2021, I spoke with victim D.F. D.F. resides in The Villages. I had discovered four mail pieces of rifled outgoing mail containing holiday and birthday cards which bore the return address of D.F. These pieces of mail also had been in MIRANDA FARLEIGH's bedroom. D.F. confirmed that the recovered mail pieces had been mailed out of the Alhambra Postal Station in the Villages.

16. On or about December 6, 2021, I spoke with victim R.D. R.D. resides in The Villages. I had discovered 13 pieces of rifled outgoing mail containing holiday cards which bore the return address of R.D. These pieces of mail had been recovered in the vehicle of MIRANDA FARLEIGH. R.D. confirmed that the recovered mail pieces had been mailed out of the Buttonwood Postal Station in The Villages. In addition, R.D. advised that five of the pieces of mail intended for R.D.'s grandchildren each had contained $20 in cash inside the envelopes. When recovered, the pieces of mail no longer contained the currency.

17. On or about December 6, 2021, I spoke with victim C.S. C.S. resides in The Villages. I had discovered five pieces of outgoing mail containing holiday cards which bore the return address of C.S. These pieces of amil had been recovered in the vehicle of MIRANDA FARLEIGH. C.S. confirmed that the recovered mail pieces had been mailed out of the Pinellas Postal Station in The Villages.

18. On or about December 6, 2021, I spoke with victim H.K. H.K. resides in The Villages. I had discovered five pieces of outgoing mail containing holiday cards which bore the return address of H.K. These pieces of mail had been located in the vehicle of MIRANDA FARLEIGH. H.K. confirmed that the recovered mail pieces had been mailed out of the Bridgeport Postal Station in The Villages.

19. On or about December 7, 2021, I spoke with victim E.D. E.D. resides in Lady Lake. I had discovered nine pieces of outgoing mail containing holiday cards which bore the return address of E.D. These pieces of mail had been recovered in the vehicle of MIRANDA FARLEIGH. E.D. confirmed that the recovered mail pieces had been mailed out of the Rio Grande Postal Station in The Villages.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that MIRANDA FARLEIGH has committed the offense of Theft of U.S. Mail by an Officer or Employee, in violation of 18 U.S.C. § 1709.

This concludes my affidavit.

David K. Keith
United States Postal Inspector

Sworn and subscribed to me this __4__ day of January, 2022.

The Honorable Philip R. Lammens
United States Magistrate Judge

8